United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-51276-KMS
David Anthony Walker  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jul 07, 2025      Form ID: hn021kms      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Anthony Walker, 22 Central School Rd 436, Hattiesburg, MS 39401-5555 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family choice Financial Inc. - Hattiesburg Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Trustee David Rawlings trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Jul 07, 2025     Form ID: hn021kms     Total Noticed: 1

on behalf of Debtor David Anthony Walker trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form hn021kms (Rev. 05/23)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    David Anthony Walker

           **DEBTOR.**

**CASE NO. 23−51276−KMS**

**CHAPTER 13**

**NOTICE OF HEARING**

    The Debtor has filed a Motion to Modify Bankruptcy Plan (the "Motion") (Dkt. #35) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on August 19, 2025, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion and the Response filed by the Trustee (Dkt. #36).

    The hearing will be conducted by video conference. Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, 2nd Floor Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi. For procedures regarding video conferencing, please see the *Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson* at: www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

    If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 7/7/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

David Anthony Walker, Debtor

Thomas Carl Rollins, Jr., Esq.

David Rawlings, Trustee

Samuel J. Duncan, Esq.