# Proceeding Minutes / Proceeding Memo

**Case #:** 23-51276  **Case Name:** David Anthony Walker

**Set:** 08/19/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 5/28/2025 Filed by Debtor David Anthony Walker Objections due 06/27/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #35)

Response filed by the Trustee (Dkt. #36)

---

   Minute Entry Re: (related document(s): [35] Motion and 30 Day Notice to Modify Plan filed by David Anthony Walker) Duncan to submit an Agreed Order. Order due by 09/02/2025. Email received from Duncan. (mcc)