IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     David Anthony Walker, Debtor                    Case No. 23-51276-KMS
                                                            CHAPTER 13

## NOTICE

The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: October 30, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer A Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              PO Box 13767
                                              Jackson, MS 39236
                                              601-500-5533
                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   David Anthony Walker, Debtor            Case No. 23-51276-KMS
                                                 **CHAPTER 13**

**THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtor, and files this *Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On September 14, 2023, Debtor filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtor herein did not provide a retainer.

4. Throughout our representation of the Debtor herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The Court previously approved compensation in the amount of $2,169.38 (Dk #20) and $1,373.60 (Dk #33).

6. The chapter 13 Trustee has disbursed $3,217.08 on these claims as of October 29, 2025.

7. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,023.00 and expenses in the amount of $65.46 for a total of $1,088.46. A detailed accounting of which is attached hereto as Exhibit "A".

8. This is the Applicant's Third request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from February 5, 2024, to October 29, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                       /s/ Thomas C. Rollins, Jr.
                                       Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>DAVID ANTHONY WALKER | CASE NO: 23-51276-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/30/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/30/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DAVID ANTHONY WALKER | CASE NO: 23-51276-KMS<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/30/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/30/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING          FAMILY CHOICE FINANCIAL  INC  HATTIESBURG   PERSONAL FINANCE
NCRS ADDRESS DOWNLOAD                     CO B JOEY HOOD  II  ATTORNEY AT LAW         1835 HARDY ST
CASE 23-51276-KMS                         PO BOX 759                                  HATTIESBURG  MS 39401-4914
SOUTHERN DISTRICT OF MISSISSIPPI          ACKERMAN  MS 39735-0759
THU OCT 30 9-28-27 PST 2025




EXCLUDE

US BANKRUPTCY COURT                       ADVANCE AMERICA                             AMERICAN CASH ADVANCE
DAN M RUSSELL  JR US COURTHOUSE           3901 HARDY ST                               6086 HWY 98 W
2012 15TH STREET  SUITE 244               HATTIESBURG  MS 39402-1636                  STE 1
GULFPORT  MS 39501-2036                                                               HATTIESBURG  MS 39402-8804




B JOEY HOOD II  ATTORNEY AT LAW  PLLC     CREDIT ONE                                  ELASTIC
ATTORNEY FOR FAMILY CHOICE FINANCIAL INC  PO BOX 98872                                PO BOX 950276
HATTIESBURG BRANCH                        LAS VEGAS  NV 89193-8872                    LOUISVILLE  KY 40295-0276
POST OFFICE BOX 759
ACKERMAN  MS 39735-0759




(P)FAMILY CHOICE FINANCIAL                GENESIS FS CARD                             HATTIESBURG FINANCE COMPANY
3208 SERVICE DRIVE                        ATTN BANKRUPTCY                             1910 HARDY ST STE 30
SUITE E                                   PO BOX 4477                                 HATTIESBURG  MS 39401-4917
PEARL MS 39208-3539                       BEAVERTON  OR 97076-4401




LVNV FUNDING LLC                          MS TITLE LOAN                               MIDNIGHT VELVET
RESURGENT CAPITAL SERVICES                211 BROADWAY DR                             CO CREDITORS BANKRUPTCY SERVICE
PO BOX 10587                              HATTIESBURG  MS 39401-5075                  PO BOX 800849
GREENVILLE  SC   29603-0587                                                           DALLAS  TX 75380-0849




                                                                                      EXCLUDE

(P)MISSION LANE LLC                       ONEMAIN FINANCIAL GROUP  LLC                (D)PERSONAL FINANCE  LLC
PO BOX 105286                             PO BOX 3251                                 1835 HARDY STREET
ATLANTA GA 30348-5286                     EVANSVILLE  IN 47731-3251                   HATTIESBURG  MS 39401-4914




PURPOSE FINANCIAL INC                     QUANTUM3 GROUP LLC AS AGENT FOR             (P)REPUBLIC FINANCE LLC
PO BOX 3058                               CONCORA CREDIT INC                          282 TOWER RD
SPARTANBURG SC 29304-3058                 PO BOX 788                                  PONCHATOULA LA 70454-8318
                                          KIRKLAND  WA  98083-0788




EXCLUDE

(D)(P)REPUBLIC FINANCE LLC                RESURGENT CAPITAL                           SEVENTH AVE
282 TOWER RD                              ATTN BANKRUPTCY                             ATTN BANKRUPTCY
PONCHATOULA LA 70454-8318                 PO BOX 10497                                1112 7TH AVE
                                          GREENVILLE  SC 29603-0497                   MONROE  WI 53566-1364




                                          EXCLUDE

SUNBELT FEDERAL CREDIT UNION              UNITED STATES TRUSTEE                       VERIZON
6885 US HIGHWAY 49 3                      501 EAST COURT STREET                       BY AMERICAN INFOSOURCE AS AGENT
HATTIESBURG  MS 39402-7807                SUITE 6-430                                 4515 N SANTA FE AVE
                                          JACKSON  MS 39201-5022                      OKLAHOMA CITY  OK 73118-7901
```

```
                                        EXCLUDE                                         DEBTOR

VERIZON WIRELESS                        (P)DAVID RAWLINGS                               DAVID ANTHONY WALKER
ATTN BANKRUPTCY                         ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE          22 CENTRAL SCHOOL RD 436
500 TECHNOLOGY DR                       PO BOX 566                                      HATTIESBURG  MS 39401-5555
STE 599                                 HATTIESBURG MS 39403-0566
WELDON SPRINGS  MO 63304-2225


EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```