

# INVOICE

Invoice # 8429
Date: 10/29/2025
Due On: 11/28/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

David Anthony Walker

## 04986-Walker David Anthony

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 02/05/2024 | Draft fee application, notice and proposed order | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/06/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $0.00 | $0.00 |
| Service | VM | 09/11/2024 | Incoming Call: Incoming call from debtor regarding incident that occurred involving his truck, he wanted advice on how he should proceed after this. I drafted email to JC to ask for advice on how we should proceed after this. Created task for debtor. | 0.40 | $100.00 | $40.00 |
| Service | VM | 09/12/2024 | Call Debtor: Phone conference with debtor to get needed information for car accident, as requested by JC. Make task for JC. | 0.20 | $100.00 | $20.00 |
| Service | JC | 09/12/2024 | Reviewed memo from VM regarding debtor's auto accident and informing he needs to replace his vehicle; reviewed trustee's site - debtor is current on payments; drafted memo to VM to request updated expenses and pay from debtor to incur debt and explaining process for purchasing a vehicle. | 0.20 | $155.00 | $31.00 |

Invoice # 8429 - 10/29/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 09/25/2024 | Reviewed task memo from VM informing debtor does not want to purchase a vehicle at this time; drafted reply requesting VM inform debtor if he receives any money from any source pertaining to the accident, to contact us before using the funds. | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/14/2025 | Incoming Call: Telephone conference with debtor about the accident he was in and the Dodge Ram that is deemed a total loss | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/16/2025 | Call Debtor: Called debtor regarding car accident; he said there will no lawsuits filed; requested that he e-mail me any documents he receives from his insurance co. as soon as he receives them; verified that he has my e-mail address; he does want to surrender the vehicle. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/16/2025 | Called Ms. Campell with Gainsco Insurance regarding car accident; left voicemail for a return call. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/16/2025 | Incoming Call: Telephone call from Sentel with insurance company; D. Slade, Rawlings' office sent a direction of pay letter to Gainsco Insurance to send the proceeds to the TT; discussed that she is waiting on OneMain for the payoff amount; discussed Motion to Modify that will instruct the creditor to send the title to Gainsco; obtained Sentel's e-mail address. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/21/2025 | Drafted e-mail to Sentel with insurance company to inquire if she had received the payoff from OneMain. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/21/2025 | Call Debtor: Called debtor to inquire if he wants to try to purchase another vehicle; discussed Motion to Incur Debt; also discussed that he is wanting on paperwork including POA from insurance and has not received it; he said he does not have his claim adjuster's direct number, that he lost it; he said he has left messages; drafted e-mail to debtor explaining process of incurring debt and attaching expense form for him to update and return along with 2 months pay advices for everyone in | 0.30 | $155.00 | $46.50 |

|  |  |  | the household; provided claims representative's e-mail address and telephone number. |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JAC | 05/21/2025 | review task to surrender wrecked car, already confirmed plan - sent back to jc to draft motion | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/22/2025 | Incoming Call: Telephone call and e-mail from debtor informing he wants to wait and use excess settlement funds for another vehicle instead of Motion to Incur debt. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/23/2025 | Reviewed OneMain POC; drafted Motion to Modify to surrender 2015 Dodge Ram, Notice, and proposed Order; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 05/26/2025 | review & revise drafted notice | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/27/2025 | Reviewed memo from JAC regarding Motion to Modify; drafted reply regarding settlement funds going to trustee. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/28/2025 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/28/2025 | Reviewed memo from JAC regarding Motion to Modify and including insurance company; called Sentel with Gainsco Inc to obtain mailing address, reached voicemail; called bank and spoke to another person. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/28/2025 | Revised Motion to Modify; converted to pdf format and prepared Notice with Motion attached along with proposed Order for filing with the Court; prepared Notice and Motion, postage, and envelopes for mailing to creditor. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 06/03/2025 | Review: 23-51276-KMS Response Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/10/2025 | Incoming Call: Telephone call from debtor informing the insurance is reaching out to him for an Affidavit to be signed by his deceased wife's family releasing the title to the 2015 Dodge Ram which was listed in her name; he carries the insurance solely in his name; discussed that he has had no contact with her family since she passed and cannot get in contact | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with any of them; he said he has called the Ms. Campbell with the insurance company but cannot get a call back; informed him that I would send an e-mail to the insurance company and see if there is another route that can be taken but that he needs to continue to try and contact Ms. Campbell, too; drafted e-mail to Ms. Campbell and copied debtor. | | | |
| Service | JC | 06/12/2025 | Contact Debtor (Text/Email): Reviewed e-mails - no response from Ms. Campbell regarding debtor signing Affidavit; drafted text message to debtor informing he needs to continue to try and call her and if he can't speak with her, talk to anybody; informed I will also continue to try and reach out. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/12/2025 | Tried calling Gainsco Insurance 5 different times and selected different options - could never get through. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/16/2025 | Reviewed e-mail from claim adjuster informing she has spoken with the debtor and provided process for obtaining title; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 06/23/2025 | Review and respond to email memo: Reviewed email memo from VM providing a letter from debtor vehicle creditor stating they are selling the surrendered vehicle. Drafted email to JC informing her. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/24/2025 | Incoming Call: Telephone conference with debtor about the car wreck and the information needed; transferred call to JC | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/24/2025 | Telephone call from debtor informing he has been trying to contact is claim representative and hasn't gotten in touch with her; informed him to keep calling and e-mailing as she does not respond very quickly; drafted text message to debtor providing representative's e-mail address per debtor's request. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/07/2025 | Review: 23-51276-KMS Hearing Set - Video Conference. Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/28/2025 | Incoming Call: Telephone call from | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | debtor informing the insurance payment has been sent to TT Rawlings; reviewed TT's site; payment received; reviewed docket - hearing on Motion to Modify scheduled for August 19; informed debtor of same; he said he was going to ask about that - informed TR would attend on his behalf; informed he needs to allow time after that date for the Court to enter its Order. |  |  |  |
| Service | JAC | 08/19/2025 | Review: 23-51276-KMS Minute Entry (CHAP) Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | CO | 08/21/2025 | Incoming Call: Phone conference with debtor requesting an update on hearing that happened August 18th. Informed him there was no update yet and someone would contact him when there was. Drafted email memo to BB and JC. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/22/2025 | Reviewed email from CO stating the debtor called requesting an update on the hearing and inquiring after his insurance check. Reviewed best case and discovered an order. Reviewed the order. Drafted email to JC providing all information for review. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 08/22/2025 | Review: 23-51276-KMS Order on Motion to Modify Plan Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/25/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing an update on the hearing and that the Trustee will be paying off the vehicle with the insurance check and sending any remaining funds to them via check if applicable. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/27/2025 | Incoming Call: Telephone conference with debtor requesting an update on the Hearing for the Motion to Modify; informed debtor that once the vehicle is paid off the additional funds will be sent to him | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/23/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 10/29/2025 | Reviewed 1st and 2nd Applications, Orders, and Invoices filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 3rd Application for | 0.50 | $155.00 | $77.50 |

Invoice # 8429 - 10/29/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Compensation, Notice, Affidavit, and proposed Order. |  |  |  |
| Service | JC | 10/29/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
|  |  |  |  | **Services Subtotal** |  | **$1,023.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/06/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $31.68 | $31.68 |
| Expense | 05/28/2025 | Postage: Motion to Modify to creditors | 2.00 | $0.69 | $1.38 |
| Expense | 10/29/2025 | Mailing Expense - Fee Application: Mailing Expense - 3rd Fee Application Estimate | 1.00 | $32.40 | $32.40 |
|  |  | **Expenses Subtotal** |  |  | **$65.46** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | Non-Attorney | 3.5 | $155.00 | $542.50 |
| Jacki Curry | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Kerri Rodabough | Non-Attorney | 0.1 | $0.00 | $0.00 |
|  |  | **Subtotal** |  | **$1,088.46** |
|  |  | **Total** |  | **$1,088.46** |

Invoice # 8429 - 10/29/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5391 | 11/03/2023 | $2,169.38 | $0.00 | $2,169.38 |
| 5931 | 03/06/2024 | $1,373.60 | $0.00 | $1,373.60 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8429 | 11/28/2025 | $1,088.46 | $0.00 | $1,088.46 |

| | |
|---|---|
| Outstanding Balance | $4,631.44 |
| Total Amount Outstanding | $4,631.44 |

10/29/25, 10:46 AM                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?    `3`    pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?    `24`    parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.    `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.    `1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 36 |  |
| Date and Time: | Wed Oct 29 2025 10:46:39 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 72 |  |
| Sheets Per Envelope | 1.5 |  |
| First Class Postage Rate | $ 0.78 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 13.68 |
| Postage Cost: | $ | 18.72 |
| Total Cost: | $ | 32.4 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED