**B 2100A Form (2100A) (12/15)**

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:
DAVID ANTHONY WALKER

Case No. 2351276

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC
-------------------------------------------
Name of Transferee

OneMain Financial Group, LLC
-------------------------------------------
Name of Transferor

Name and Address where notices to transferee should be sent:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Court Claim # (if known): 8
Amount of Claim: $15,845.82
Date Claim Filed: 10/04/2023

Phone: (877)829-8298
Last Four Digits of Acct # : 6115

Phone:
Last Four Digits of Acct #: 6115

Name and Address where transferee payments Should be sent (if different from above)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Seller Information
ONEMAIN FINANCIAL GROUP, LLC
601 NW SECOND STREET
EVANSVILLE IN 47708

Phone: (877)829-8298
Last Four Digits of Acct # : 6115

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams
-------------------------------------------
Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 9/29/2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT A**

**ASSIGNMENT AND BILL OF SALE**

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, on behalf of themselves and as attorney in fact for; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2025-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust, ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust and ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled [redacted]

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on August 27, 2026.

[SIGNATURE PAGE(S) FOLLOW]

[redacted]

**ASSIGNMENT AND BILL OF SALE**

**SIGNATURE PAGE**

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, on behalf of themselves and as attorney in fact for; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2025-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust, ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust and ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company

Signed by:

By: Joseph Orlando

436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation,

Signed by:

By: Joseph Orlando

436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC;
A Delaware limited liability company

DocuSigned by:

By: Leigh Bates

8A3D5D0818674CF...

Name: Leigh Bates

Title: Authorized Signer

[redacted]