United States Bankruptcy Court
Southern District of Mississippi

In re: David Anthony Walker, Debtor

Case No. 23-51276-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 3
Date Rcvd: Oct 28, 2026 | Form ID: 3180W | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Anthony Walker, 22 Central School Rd 436, Hattiesburg, MS 39401-5555 |
| 5278424 | + | Elastic, P.O. Box 950276, Louisville, KY 40295-0276 |
| 5278427 | + | Hattiesburg Finance Company, 1910 Hardy St. Ste. 30, Hattiesburg, MS 39401-4917 |
| 5278429 | + | MS Title Loan, 211 Broadway Dr, Hattiesburg, MS 39401-5075 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 28 2026 20:17:55 | Family Choice Financial, Inc. - Hattiesburg Branch, c/o B. Joey Hood, II., Attorney at Law, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5278421 | + | Email/Text: bnc@teampurpose.com | Oct 28 2026 20:22:00 | Advance America, 3901 Hardy St, Hattiesburg, MS 39402-1636 |
| 5278422 | + | Email/Text: 236.columbia@americancashadvance.net | Oct 28 2026 20:22:00 | American Cash Advance, 6086 Hwy 98 W, Ste 1, Hattiesburg, MS 39402-8804 |
| 5292069 | + | Email/Text: notices@jhoodlaw.com | Oct 28 2026 20:22:00 | B. Joey Hood II, Attorney at Law, PLLC, Attorney for Family Choice Financial Inc, Hattiesburg Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5278423 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2026 20:27:24 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5278425 | | Email/Text: rrush@familychoicefinancial.com | Oct 28 2026 20:21:00 | Family Choice Financial, Inc., 2902 Hardy St. Suite 30, Hattiesburg, MS 39401 |
| 5278426 | + | EDI: PHINGENESIS | Oct 29 2026 00:40:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5280703 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:13 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5278428 | | Email/Text: ml-ebn@missionlane.com | Oct 28 2026 20:21:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5293103 | + | EDI: CBS7AVE | Oct 29 2026 00:40:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5278430 | + | EDI: AGFINANCE.COM | Oct 29 2026 00:40:00 | OneMain Financial Group, LLC, Po Box 3251, Evansville, IN 47731-3251 |
| 5729608 | | EDI: PRA.COM | Oct 29 2026 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5278431 | + | Email/Text: stephenbinning@ymail.com | Oct 28 2026 20:22:00 | Personal Finance, LLC, 1835 Hardy Street, Hattiesburg, MS 39401-4914 |

| | | | | |
|---|---|---|---|---|
| 5279619 | + | Email/Text: bnc@teampurpose.com | Oct 28 2026 20:22:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5296039 | | EDI: Q3G.COM | Oct 29 2026 00:40:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5278432 | | Email/Text: bankruptcy@republicfinance.com | Oct 28 2026 20:22:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Cir, Baton Rouge, LA 70809 |
| 5282915 | | Email/Text: bankruptcy@republicfinance.com | Oct 28 2026 20:22:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5278433 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:13 | Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5278434 | + | EDI: CBS7AVE | Oct 29 2026 00:40:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5278435 | + | Email/Text: member.solutions@sunbeltfcu.org | Oct 28 2026 20:22:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |
| 5301419 | + | EDI: AIS.COM | Oct 29 2026 00:40:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5278436 | + | EDI: VERIZONCOMB.COM | Oct 29 2026 00:40:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| cr | *+ | Personal Finance, 1835 Hardy St, Hattiesburg, MS 39401-4914 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Hattiesburg Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |

| | |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Trustee David Rawlings trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David Anthony Walker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **David Anthony Walker** | Social Security number or ITIN | **xxx–xx–0311** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **23–51276–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**David Anthony Walker**
aka David A Walker

Dated: 10/28/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**