# INVOICE

Invoice # 9649
Date: 10/29/2026
Due On: 11/28/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

David Anthony Walker

## 04986-Walker David Anthony

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 10/29/2025 | Drafted 3rd Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/29/2025 | Reviewed current invoice and completed drafting 3rd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/29/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/30/2025 | Reviewed memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from VM with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 10/31/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/26/2025 | Review: 23-51276-KMS Order on | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Application for Compensation Document# 43 | | | |
| Service | KR | 02/03/2026 | Incoming Call: Phone conference with debtor about the amount of time left; reviewed the Trustee's website and explained the date of filing, the plan term and the months of payments left | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/24/2026 | Review: 23-51276-KMS Motion and 30 Day Notice to Modify Plan Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/29/2026 | Review: 23-51276-KMS Order on Motion to Modify Plan Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/13/2026 | Incoming Call: Phone conference with debtor inquiring after incurring debt for a vehicle. Drafted email to debtor providing information on the process and what is needed. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/19/2026 | Review: 23-51276-KMS Notice of Change of Address Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/16/2026 | Draft Motion: Reviewed docket to confirm debtor education complete; drafted Motion for Discharge; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor informing I sent an e-mail with a link to sign the Motion. | 0.20 | $155.00 | $31.00 |
| Service | JC | 09/18/2026 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor regarding signing M for Discharge. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/18/2026 | Call Debtor: Reviewed voicemail from debtor informing the e-mail with Motion for Discharge didn't have anything to sign; called debtor and discussed that there is a link for him to click on that will take him to the document. He said he will try that. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/23/2026 | Reviewed Motion for Discharge executed by debtor received via Clio e-sign; revised to add debtor’s and TC’s e-signatures to prepare for uploading to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 09/25/2026 | Reviewed Declaration of Mailing Notice and Motion for Discharge and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/01/2026 | Review: 23-51276-KMS Transfer of | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Claim (No Waiver) Document# 52 | | | |
| Service | JAC | 10/02/2026 | Review: 23-51276-KMS Notice of Assignment/Transfer of Claim Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/28/2026 | Review: 23-51276-KMS Discharge of Debtor(s) After Completion of Chapter 13 Plan Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/29/2026 | Reviewed Orders Granting 1st, 2nd, and 3rd Applications for Compensation and 1st, 2nd, and 3rd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.60 | $155.00 | $93.00 |
| | | | | | **Services Subtotal** | **$587.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/30/2025 | Mailing Expense - 3rd Fee Application Estimate vs Actual difference | 1.00 | $3.60 | $3.60 |
| | | | | **Expenses Subtotal** | **$3.60** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Jacki Curry | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | | | **Subtotal** | **$591.10** |
| | | | **Total** | **$591.10** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5391 | 11/03/2023 | $2,169.38 | $0.00 | $2,169.38 |
| 5931 | 03/06/2024 | $1,373.60 | $0.00 | $1,373.60 |
| 8429 | 11/28/2025 | $1,088.46 | $0.00 | $1,088.46 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9649 | 11/28/2026 | $591.10 | $0.00 | $591.10 |
| | | | **Outstanding Balance** | **$5,222.54** |
| | | | **Total Amount Outstanding** | **$5,222.54** |