**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: David Anthony Walker**
**, Debtor**

**Case No. 23-51276-KMS**
**CHAPTER 13**

**AFFIDAVIT**

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtor in the Chapter 13 case referenced in the attached Application.
2. I have personal knowledge of the matters stated herein and am competent to testify to them.
3. Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtor in this matter.
4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtor.
5. The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

[signature]
**Thomas C. Rollins, Jr.**

**SUBSCRIBED AND SWORN TO BEFORE ME,** this 29th day of October, 20 26, by Thomas C. Rollins, Jr.

[signature]
**Notary Public**

**My Commission Expires** ______________________

STATE OF MISSISSIPPI NOTARY PUBLIC ID# 493694 VANESSA MARTINEZ Commission Expires Nov. 17, 2028 BOLIVAR COUNTY

Exhibit "C"